UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<small>ANDALL</small> C<small>URTIS</small> W<small>OTRING</small>,

        Plaintiff,                              Hon. Ellen S. Carmody

v.                                                Case No. 1:08-cv-00477

P<small>RICE</small> H<small>ENEVELD</small> C<small>OOPER</small> D<small>E</small>W<small>ITT</small>
& L<small>ITTON</small>, LLP,

        Defendants.
_____/

**<u>ORDER AND JUDGMENT</u>**

In accordance with the opinion entered this date:

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Dkt. 130) is **granted.**

Date:  March 28, 2011                            /s/ Ellen S. Carmody
                                                              ELLEN S. CARMODY
                                                              United States Magistrate Judge